1  STROOCK & STROOCK & LAVAN LLP
   LISA M. SIMONETTI (State Bar No. 165996)
2  BRIAN C. FRONTINO (State Bar No. 222032)
   2029 Century Park East
3  Los Angeles, California 90067-3086
   Telephone: 310-556-5800
4  Facsimile: 310-556-5959
   lacalendar@stroock.com
5
   Attorneys for Defendant
6    DELL FINANCIAL SERVICES L.L.C.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DARLENE MILLS, | Case No. 3:09-CV-03598-CRB |
| Plaintiff, | **[PROPOSED] ORDER GRANTING JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| vs. | |
| DELL FINANCIAL SERVICES, | Initial Case Management Conference: |
| Defendant. | Date:  December 11, 2009<br>Time:  8:30 a.m.<br>Crtrm: E |
| | Action Filed:  August 6, 2009 |

("[PROPOSED]" is shown with strikethrough.)

LA 51215459

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Having considered the parties Joint Request to Continue Case Management Conference, **IT** |
| 3 | **IS HEREBY ORDERED** that the Case Management Conference currently set for December 11, |
| 4 | 2009 at 8:30 a.m. be continued to _____ February 19 ___, 2010 at 8:30 a.m. |
| 5 | **IT IS SO ORDERED.** |

Respectfully submitted,

STROOCK & STROOCK & LAVAN LLP
LISA M. SIMONETTI
BRIAN C. FRONTINO


By: _____/s/ Brian C. Frontino_____
            Brian C. Frontino

Attorneys for Defendant
   DELL FINANCIAL SERVICES L.L.C.



LA 51215459