1  Ryan Lee, Esq. (SBN 235879)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA  90025
3  T: (323) 988-2400; F: (866) 802-0021

4  Attorneys for Plaintiff, DARLENE MILLS

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARLENE MILLS, | Case No.: **3:09-cv-03598-CRB** |
| Plaintiff, | **[PROPOSED]** ORDER OF DISMISSAL WITH PREJUDICE |
| vs. | |
| DELL FINANCIAL SERVICES<br>Defendant.. | |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  May 13, 2010

_____
The Honorable Judge
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*

1

[Proposed] Order